UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07CV6859

MARGIE ONREAS

, Plaintiff(s)

- against -

MERCK & CO., INC

, Defendant(s)

State of New York    )
                     ) SS.:
County of New York   )

### AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 09/05/2007 at 12:10 PM at:
  MERCK & CO., INC. C/O CT CORPORATION SYSTEM
  111 EIGHTH AVENUE,
  NEW YORK NY 10011
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT AND DEMAND FOR JURY TRIAL

on MERCK & CO., INC. C/O CT CORPORATION SYSTEM

a domestic and/or foreign corporation
by delivering thereat true copies to Sabrina Ambrose personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Process Specialist and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 34  HEIGHT: 5'4''  WEIGHT: 140   HAIR: BLACK   RACE: BLACK   SEX: FEMALE

Yariela Gonzales    License #1260358

SWORN TO BEFORE ME 9-6-07

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011

OUR DOC# 19339
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000671

RECEIVED
SEP 13 2007
K.C.M. ET AL

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

MARGIE ONDREAS

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

MERCK & CO., INC.

**07 CV 6859**

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACQUELYN S. HOLDEN
KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & McKEE
700 SE THIRD AVENUE, SUITE 100
FT. LAUDERDALE, FLORIDA  33316

an answer to the complaint which is herewith served upon you, within _____20 days_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 3 1 2007

**J. MICHAEL McMAHON**
CLERK

DATE

(BY) DEPUTY CLERK