# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

**APPEARANCE**

Margie Ondreas,

    Plaintiff,

v.

Merck & Co., Inc.,

    Defendant.

MASTER FILE: 1:06-MD-1789 (JFK)

Case No.: 1:07-cv-06859-JFK

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Margie Ondreas

I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 17th day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

Timothy M. O'Brien, Florida Bar No. 055565
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax