CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2008, I caused a copy of the foregoing AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A.
Jacquelyn S. Holden
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316

AND

ENNIS & ENNIS, P.A.
Dennis F. Ennis
110 East Broward Boulevard
Suite 1700
Fort Lauderdale, Florida 33301

AND

LEVIN, PAPANTONIO, THOMAS, MITCHELL, ESCHSNER & PROCTOR, P.A.
Meghan M. Tans
Timothy M. O'Brien
316 South Baylen Street, Suite 600 (32502)
P.O. Box 12308
Pensacola, Florida 32591

The above addresses appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 5, 2008

/s/
Julie A. Calidonio